FILED

04/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0660

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 21-0660

-----------------------------------------------------------------------------------------------

TAI TAM, LLC,

Plaintiff, Appellant,

v.

MISSOULA COUNTY, acting by and through its
BOARD OF COUNTY COMMISSIONERS,
Defendant, Appellee

-----------------------------------------------------------------------------------------------

On Appeal from the Montana Fourth Judicial District
Missoula County Cause No. DV-21-853
Honorable Judge John W. Larson

## ORDER GRANTING EXTENSION

-----------------------------------------------------------------------------------------------

APPEARANCES:

Alan F. McCormick
GARLINGTON, LOHN
& ROBINSON, PLLP
350 Ryman Street, P.O. Box 7909
Missoula, MT 59807
Telephone: (406) 523-2500
afmccormick@garlington.com
*Attorney for Appellant Tai Tam, LLC*

Anna Conley
John W. Hart
Dylan Jaicks
Civil Deputy County Attorneys
Missoula County Attorney's Office
200 W. Broadway St.
Missoula, MT 59802
aconley@missoulacounty.us
jhart@missoulacounty.us
djaicks@missoulacounty.us
*Attorneys for Appellee Missoula County*

Pursuant to M.R.App.P. 26(1) and upon Unopposed Motion of Appellee Missoula County for an extension of time to file its Brief, and there being no objection from Counsel, IT IS HEREBY ORDERED that Appellee Missoula County is granted a thirty (30) day extension, up to and including June 8, 2022, within which to file its Appellee's Brief.

**ORDER GRANTING EXTENSION**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 15 2022